SAMUEL RUSSO and Another, Respondents, v. JOHN J. LAVENDER and Another,

Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the January term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.